OSCN Found Document:HARRISON v. STATE OF OKLAHOMA

 

 
 HARRISON v. STATE OF OKLAHOMA2026 OK CR 18Case Number: PC-2025-708Decided: 06/25/2026Mandate Issued: 06/25/2026COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA
Cite as: 2026 OK CR 18, __ P.3d __

 

ERICA LASHON HARRISON, Petitioner,
v.
THE STATE OF OKLAHOMA, Respondent.
 

ORDER DENYING MOTION TO DISMISS AND DIRECTING THAT APPEAL PROCEED AS A POST-CONVICTION APPEAL
 

¶1 On September 8, 2025, Petitioner, through counsel, filed with the Clerk of this Court a copy of her Notice of Intent to Appeal; Preparation of Appeal Record Court; and Reporter's Acknowledgement; and in the Alternative, Notice of Post-Conviction Appeal From Final Order of the District Court which was filed with the clerk of the trial court on the same day, in Tulsa County District Court Case No. CF-2013-1446. See 22 O.S.Supp.2024, §§ 1090.4State of Oklahoma's Motion to Dismiss Appeal or, Alternatively, to Convert it into a Postconviction Appeal. On April 9, 2026, Petitioner filed Appellant's Response to State of Oklahoma's Motion to Dismiss Appeal or, Alternatively, to Convert it into a Postconviction. In its motion, the State maintains that the appeal to this Court of an order denying resentencing to individuals eligible pursuant to Section 1090.4 of the Survivors' Act must be taken in accordance with 22 O.S.2021, § 1087

¶2 Appeals taken pursuant to 22 O.S.Supp.2024, § 1090.5-(2) by individuals eligible to seek resentencing pursuant to Section 1090.4 must be taken as post-conviction appeals pursuant to 22 O.S.2021, § 108722 O.S.Supp.2024, § 1090.4Pybas v. Crites that an appeal from an order granting or denying resentencing, to an individual eligible pursuant to Section 1090.4 of the Survivors' Act, should be considered a post-conviction proceeding. Pybas v. Crites, 2025 OK 63578 P.3d 1209as corrected (Oct. 9, 2025).

¶3 The State's motion to dismiss Petitioner's appeal is DENIED and the parties' alternative requests that this appeal be allowed to proceed as a post-conviction appeal is GRANTED. The Clerk of this Court is directed to reassign this appeal this Court's Case No. PC-2025-708.

¶4 IT IS SO ORDERED.

¶5 WITNESS OUR HANDS AND THE SEAL OF THIS COURT this 25th day of June, 2026.

/s/________________________________________________

GARY L. LUMPKIN, Presiding Judge

/s/________________________________________________

WILLIAM J. MUSSEMAN, Vice Presiding Judge

/s/________________________________________________

DAVID B. LEWIS, Judge

/s/________________________________________________

ROBERT L. HUDSON, Judge

/s/________________________________________________

SCOTT ROWLAND, Judge

 

ATTEST:

/s/_____________________

Clerk

FOOTNOTES

Watson v. State, 2025 OK CR 21